UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

268 M LLC

                                           **LIST OF EQUITY
SECURITY HOLDERS**

                      Debtor.

-----------------------------------------------------------X

RESIDENTIAL CREDIT SOLUTIONS, INC.
350 Motor Parkway
Hauppague, New York

## DECLARATION    UNDER PENALTY OF PERJURY
## ON BEHALF OF LLC

I, Morris Moskovics, a Member of 268 M LLC, named as debtor in this case declare under penalty of perjury that I have read the foregoing and that is true and correct to the best of my information and belief.

Dated: November 2, 2016

                                        _____
                                        MORRIS MOSKOVICS
                                        Member