---

**Fill in this information to identify the case:**

Debtor name _268 M LLC_

United States Bankruptcy Court for the: _EASTERN_    District of _NY_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order** all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
_RESIDENTIAL CREDIT SOLUTIONS, INC_

Creditor's mailing address
_350 MOTOR PARKWAY_
_HAUPPAUGE, NY_

Creditor's email address, if known

Date debt was incurred _3/16/05_

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____

Describe debtor's property that is subject to a lien
_REAL ESTATE LOCATED AT_
_268 MCDOUGAL STREET_
_BROOKLYN, N_

Describe the lien
_MORTGAGE_

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ _282,500.00_
Column B: $ _550,000_

**2.2** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ _____
Column B: $ _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ _282,500.00_

Debtor  _268 M LLC_____     Case number *(if known)*_____
     Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value | **that supports this** |
| | | of collateral. | **claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.__**   Creditor's name

**Describe debtor's property that is subject to a lien**

_____

_____  $_____  $_____

Creditor's mailing address

_____

_____  _____

_____  **Describe the lien**

_____

Creditor's email address, if known

_____  **Is the creditor an insider or related party?**
   ☐ No
   ☐ Yes

**Date debt was incurred** _____  **Is anyone else liable on this claim?**
**Last 4 digits of account**     ☐ No
**number** ___ ___ ___ ___     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**  **As of the petition filing date, the claim is:**
   ☐ No  Check all that apply.
   ☐ Yes. Have you already specified the relative     ☐ Contingent
      priority?     ☐ Unliquidated
      ☐ No. Specify each creditor, including this     ☐ Disputed
         creditor, and its relative priority.
         _____
         _____
         _____

      ☐ Yes. The relative priority of creditors is
         specified on lines _____

---

**2.__**   Creditor's name

**Describe debtor's property that is subject to a lien**

_____

_____  $_____  $_____

Creditor's mailing address

_____

_____  _____

_____  **Describe the lien**

_____

Creditor's email address, if known

_____  **Is the creditor an insider or related party?**
   ☐ No
   ☐ Yes

**Date debt was incurred** _____  **Is anyone else liable on this claim?**
**Last 4 digits of account**     ☐ No
**number** ___ ___ ___ ___     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**  **As of the petition filing date, the claim is:**
   ☐ No  Check all that apply.
   ☐ Yes. Have you already specified the relative     ☐ Contingent
      priority?     ☐ Unliquidated
      ☐ No. Specify each creditor, including this     ☐ Disputed
         creditor, and its relative priority.
         _____
         _____
         _____

      ☐ Yes. The relative priority of creditors is
         specified on lines _____

---

Debtor _____ 268 m LLC _____
Name

Case number (if known) _____

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |